UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MARCUS WASHINGTON, #14278, )
)
    Plaintiff, )
) No.: 3:16-CV-30-RLJ-CCS
v. )
)
CHIEF CANTREL, Blount County )
Detention Facility, )
)
    Defendant. )

## MEMORANDUM

On January 27, 2015, the Court screened this pro se prisoner's civil rights complaint, as required by 28 U.S.C. §§ 1915(e)(2) and 1915A, to determine whether it stated a claim, or was frivolous or malicious or sought monetary relief from a defendant who is immune from such relief [Doc. 3]. The complaint, brought under 42 U.S.C. § 1983, failed to state a claim, but Plaintiff was offered a chance to amend his pleading and forewarned that, unless he did so within 20 days, his case would be dismissed [*Id.* pp. 7-8].

More than 20 days have passed since entry of that order, and Plaintiff has failed to amend his complaint or otherwise respond. Accordingly, this action will be **DISMISSED** for failure to state a claim entitling Plaintiff to relief under § 1983.

**A SEPARATE ORDER WILL ENTER.**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE